IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 08-cv-00463-MSK-CBS

AMANDA HANNA,

       Plaintiff,

v.

LIFE INSURANCE COMPANY OF NORTH AMERICA, a Pennsylvania corporation, and
CIGNA CORPORATION, a Delaware corporation,

       Defendants.

_____

**ORDER SETTING HEARING UNDER FED.R.CIV.P. 16**
_____

       THIS MATTER comes before the Court upon a Complaint filed by the Plaintiff seeking to recover benefits under the Employee Retirement Income Security Act of 1974 ("ERISA"), 29 U.S.C. § 1132(a)(1)(B). In light thereof, a hearing pursuant to Fed. R. Civ. P. 16(b) and D.C.COLO.LCivR 16.1 is necessary.

       **IT IS ORDERED**:

(1)      A hearing is set for **May 20, 2008, at 4:00 p.m.** in Courtroom A901 of the United States Courthouse located at 901 19th Street, Denver, Colorado.

(2)      No later than **April 18, 2008**, the parties shall meet and confer regarding the contents of the proposed scheduling order pursuant to Fed. R. Civ. P. 26(f).

(3)      On or before **May 10, 2008**, and in conformance with Fed. R. Civ. P. 26(f), D.C.COLO.LCivR 16.1, 16.2 and 26.1, and this Order, the parties shall prepare and submit a proposed scheduling order. The proposed scheduling order shall be in the form specified by D.C.COLO.LCivR Appendix F **except** that:

    (a)    It shall contain a signature line for the undersigned judge.
    (b)    It shall address the following:
    Standard of Review:
- Do the plan documents confer discretion upon the plan administrator to interpret the plan?
- Is this Court's review of the plan administrator's decision *de novo* or

    under an arbitrary and capricious standard?
   Administrative Record:
   •  What documents comprise the administrative record?
   •  How much time do the parties need to compile and submit the administrative record?
   Discovery:
   •  Does the claimant contend that the plan administrator had a conflict of interest in administering the plan? If so, are there facts in dispute concerning this issue?
   •  Is there a need for discovery?

 (c) It shall not address the matters set forth in Section 8 (Case Plan and Schedule), Section 10 (Other Scheduling Issues) or Section 11 (Dates for Further Conferences) of Appendix F.

(4) No later than **May 10, 2008**, the parties shall stipulate to and file all pertinent ERISA plan documents including summary plan descriptions. At the conference, the parties shall be prepared to address all applicable provisions in the plan documents.

(5) At the scheduling conference, the parties shall be prepared to address the issues covered by the proposed scheduling order and any other issues enumerated in Fed. R. Civ. P. 16(c).

(6) The Plaintiff shall serve a copy of this Order on the Defendant with the Complaint, or if the Complaint has already been served on the Defendant, no later than **March 28, 2008**, and file a certificate of service with the Court no later than **April 4, 2008.**

DATED this 14th day of March, 2008.

            **BY THE COURT:**

            *Marcia S. Krieger*
            _____
            Marcia S. Krieger
            United States District Judge