IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 08-cv-00463-MSK-CBS

AMANDA HANNA,

    Plaintiff,

v.

LIFE INSURANCE COMPANY OF NORTH AMERICA, a Pennsylvania corporation,

    Defendant.

_____

**ORDER**
_____

    THIS MATTER comes before the Court on Plaintiff's Unopposed Motion to Dismiss CIGNA Corporation (Motion) **(#8)** filed on March 28, 2008. Having reviewed the Motion,

    **IT IS ORDERED** that the Motion is **GRANTED** and any and all claims against CIGNA Corporation are hereby dismissed. The caption of this case shall hereafter be amended as reflected in this Order.

    DATED this 28th day of March, 2008.

    BY THE COURT:

    */s/ Marcia S. Krieger*
    _____

    Marcia S. Krieger
    United States District Judge